UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ANTHONY BRENT, ET AL., on behalf of himself and all others similarly situated,<br><br>  Plaintiffs<br>  v.<br><br>ADVANCED MEDICAL MANAGEMENT, LLC, ET AL.,<br><br>  Defendants. | Civil Action No. 1:23−cv−3254 |

## PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Anthony Brent, James Buechler, Oluwakemi Abe-Fosudo, Desiree Walker, Confidence Dike, and Tyler Woerner, individually and behalf of others similarly situated ("Plaintiffs"), hereby move this Court to:

1. Preliminarily approve the settlement described in the "Settlement Agreement" between Plaintiffs and Advanced Medical Management, LLC ("Defendant"), and the attachments thereto (including the Claim Form, the Short Form Notice, the Long Form Notice, the Proposed Preliminary Approval Order, and the Proposed Final Approval Order) filed herewith in support of this Motion as fair, reasonable, and adequate;

2. Provisionally certify the Settlement Class pursuant to Rule 23 for settlement purposes only;

3. Approve the Notice Program set forth in the Settlement Agreement, including the form and content of the notices attached to the Settlement Agreement as Exhibits B and C;

4. Designate Plaintiffs Anthony Brent, Oluwakemi Ade-Fosudo, James Buechler, Desiree Walker, Confidence Dike, and Tyler Woerner.as Class Representatives;

1

5. Appoint David K. Lietz of Milberg Coleman Bryson Phillips Grossman, PLLC, Kevin Laukaitis of Laukaitis Law LLC, Courtney Weiner of the Law Office of Courtney Weiner PLLC; Mason Barney and Tyler Bean of Siri & Glimstad LLP; A. Brooke Murphy of Murphy Law Firm; and Ken Grunfeld of Kopelowitz Ostrow Ferguson Weiselberg Gilbert P.A. as Class Counsel;

6. Approve the retention of Angeion Group as Settlement Administrator;

7. Approve the procedures set forth in Sections XII of the Settlement Agreement (Exhibit 1 to the supporting Memorandum) for Settlement Class Members to exclude themselves from the Settlement Class or object to the Settlement;

8. Approve the use of a claim form substantially similar to that attached as Exhibit A to the Settlement Agreement, filed herewith;

9. Further stay these Actions or otherwise adjourn litigation deadlines pending Final Approval of the Settlement;

10. Stay and/or enjoin, pending Final Approval of the Settlement, any actions brought by Settlement Class Members concerning a Released Claim; and

11. Schedule a Final Approval Hearing for a time and date convenient for the Court 150 days or more after a Preliminary Approval Order is entered, at which the Court will conduct an inquiry into the fairness of the Settlement, final approval of the Settlement, and consideration of Settlement Class Counsel's Motion for Award of Fees, Expenses, and Service Awards for the Class Representatives.

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement; (3) the Joint Declaration of Counsel filed herewith; (4) the Settlement Agreement; (5) the Notices of Class Action

Settlement (both Short and Long Form); (6) the Claim Form; (7) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (8) the [Proposed] Final Approval Order; (9) the records, pleadings, and papers filed in this action; and (10) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated:  April 18, 2024  Respectfully submitted,

 /s/ Thomas Pacheco
Thomas Pacheco (# 21639)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
15453 Indianola Drive
Derwood, MD 20855
(t) 443.980.6119
(f) 202.686.2877
tpacheco@milberg.com

David K. Lietz (admitted *pro hac vice*)
Interim Co-Lead Class Counsel
**MILBERG COLEMAN BRYSON
 PHILLIPS GROSSMAN, LLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Tel: 202-744-1795
dlietz@milberg.com

Kevin Laukaitis*
Interim Co-Lead Class Counsel
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

Courtney L. Weiner (Bar No. 19463)
Interim Liaison Counsel
**LAW OFFICE OF COURTNEY WEINER PLLC**
1629 K Street, NW, Suite 300
Washington, DC 20006
Tel: (202) 827-9980
cw@courtneyweinerlaw.com

Mason A Barney*
Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Ave., Suite 500
New York, NY 10151
Tel: (212) 532-1091
mbarney@sirillp.com
tbean@sirillp.com

A. Brooke Murphy*
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Tel: (405) 389-4989
abm@murphylegalfirm.com

Kenneth J. Grunfeld, Esq.
(admitted *pro hac vice*)
**Kopelowitz Ostrow Furgeson Weiselberg Gilbert**
65 Overhill Rd.
Bala Cynwyd, Pennsylvania 19004
Tel.: (954) 525-4100
grunfeld@kolawyers.com

*Proposed Class Counsel for Plaintiffs and the Proposed Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2024, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/  Thomas Pacheco