UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ANTHONY BRENT, ET AL., on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiffs<br>　v.<br><br>ADVANCED MEDICAL MANAGEMENT, LLC, and POINTS GROUP, LLC,<br><br>　　　　Defendants. | Civil Action No. 1:23−cv−3254–JKB |

### DEFENDANT ADVANCED MEDICAL MANAGEMENT, LLC'S NOTICE REGARDING CAFA REQUIREMENTS

Defendant Advanced Medical Management, LLC ("AMM") hereby provides notice that, pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1711 *et seq.* ("CAFA"), on April 26, 2024, AMM provided notice of the Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 19), the associated Settlement Agreement (Dkt. No. 19–2), and all other items required under 28 U.S.C. § 1715(b) by certified mail to the appropriate federal and state officials.

Dated: April 30, 2024

/s/ William W. Reichart III
William W. Reichart III (Bar No. 20757)
DLA Piper LLP (US)
650 S. Exeter St.
Suite 1100
Baltimore, Maryland 21202
Tel.: (410) 580-4104
Fax: (410) 580-3104
wes.reichart@dlapiper.com

Keara M. Gordon (pro hac vice)
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 335-4500
Fax: (212) 335-4501
keara.gordon@dlapiper.com

*Attorneys for Defendant Advanced Medical Management, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2024, I filed the foregoing document with the Court via CM/ECF.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ William W. Reichart III*
William W. Reichart III