IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY BRENT, et al.,              *

    Plaintiffs,                          *

v.                                  *           CIVIL NO. JKB-23-3254

ADVANCED MEDICAL                    *
MANAGEMENT, LLC, et al.,
                                    *
    Defendants.
                                    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

For the reasons set forth in the foregoing Memorandum, it is ORDERED that:

1. Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (ECF No. 19) is DENIED WITHOUT PREJUDICE;

2. Plaintiffs SHALL FILE any renewed motion by June 7, 2024; and

3. This case SHALL BE STAYED through June 7, 2024.

DATED this 6 day of May, 2024.

BY THE COURT:

_____
James K. Bredar
United States District Judge