UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ANTHONY BRENT, ET AL., on behalf of himself and all others similarly situated,

    Plaintiffs

v.

ADVANCED MEDICAL MANAGEMENT, LLC, ET AL.,

    Defendants.

Civil Action No. 1:23−cv−3254

## PLAINTIFFS' RENEWED UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Anthony Brent, James Buechler, Oluwakemi Ade-Fosudo, Desiree Walker, Confidence Dike, and Tyler Woerner, individually and behalf of others similarly situated ("Plaintiffs"), hereby move this Court to:

1. Preliminarily approve the settlement described in the "Settlement Agreement" between Plaintiffs and Advanced Medical Management, LLC ("Defendant"), and the attachments thereto (including the Claim Form, the Short Form Notice, the Long Form Notice, the Proposed Preliminary Approval Order, and the Proposed Final Approval Order) filed herewith in support of this Motion as fair, reasonable, and adequate;

2. Provisionally certify the Settlement Class pursuant to Rule 23 for settlement purposes only;

3. Approve the Notice Program set forth in the Settlement Agreement, including the form and content of the notices attached to the Settlement Agreement as Exhibits B and C;

4. Designate Plaintiffs Anthony Brent, Oluwakemi Ade-Fosudo, James Buechler, Desiree Walker, Confidence Dike, and Tyler Woerner.as Class Representatives;

1

5. Appoint David K. Lietz of Milberg Coleman Bryson Phillips Grossman, PLLC, and Courtney L..Weiner of the Law Office of Courtney Weiner PLLC; as Class Counsel;

6. Approve the retention of Angeion Group as Settlement Administrator;

7. Approve the procedures set forth in Sections XII of the Settlement Agreement (Exhibit B to the supporting Memorandum) for Settlement Class Members to exclude themselves from the Settlement Class or object to the Settlement;

8. Approve the use of a claim form substantially similar to that attached as Exhibit A to the Settlement Agreement, filed herewith;

9. Further stay these Actions or otherwise adjourn litigation deadlines pending Final Approval of the Settlement;

10. Stay and/or enjoin, pending Final Approval of the Settlement, any actions brought by Settlement Class Members concerning a Released Claim; and

11. Schedule a Final Approval Hearing for a time and date convenient for the Court 150 days or more after a Preliminary Approval Order is entered, at which the Court will conduct an inquiry into the fairness of the Settlement, final approval of the Settlement, and consideration of Settlement Class Counsel's Motion for Award of Fees, Expenses, and Service Awards for the Class Representatives.

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of Plaintiffs' Renewed Unopposed Motion for Preliminary Approval of Class Action Settlement; (3) the Declarations of Hon. Diane M. Welsh (Ret.), David Lietz, and Steven Weisbrot filed herewith; (4) the Settlement Agreement; (5) the Notices of Class Action Settlement (both Short and Long Form); (6) the Claim Form; (7) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (8the records, pleadings, and papers filed in this action; and (10) upon such other

documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: June 7, 2024

Respectfully submitted,

 */s/ Courtney L. Weiner*
Courtney L. Weiner
(Bar No. 19463)
**LAW OFFICE OF COURTNEY WEINER PLLC**
1629 K Street, NW, Suite 300
Washington, DC 20006
Tel: (202) 827-9980
cw@courtneyweinerlaw.com

Thomas A. Pacheco (Bar No. 21639)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W Morgan Street
Raleigh, NC 27603
Tel: (212) 946-9305
tpacheco@milberg.com

David K. Lietz (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Tel: 202-744-1795
dlietz@milberg.com

*Proposed Class Counsel for Plaintiffs and the Proposed Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2024, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

<em>/s/ Courtney L. Weiner</em>