IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | |
|---|---|
| ANTHONY BRENT, *et al.* | : |
| Plaintiffs, | : Civil Action No.: 1:23-cv-3254-JKB |
| v. | : |
| ADVANCED MEDICAL MANAGEMENT, LLC, *et al.* | : |
| Defendants. | : |

**PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND
LITIGATION COSTS AND FOR A SERVICE AWARD**

Plaintiffs Anthony Brent, Oluwakemi Ade-Fosudo, James Buechler, Desiree Walker, Confidence Dike, and Tyler Woerner, by Class Counsel and in accordance with the parties' Settlement Agreement, move the Court for an award of attorneys' fees and litigation costs and for a service award for Plaintiffs. Defendants do not oppose the relief sought herein. In support of their motion, Plaintiffs rely upon the concurrently filed Memorandum of Law and its Exhibits.

*[Signatures on following page]*

1

Dated: September 6, 2024    Respectfully submitted,

/s/ Courtney L. Weiner
Courtney L. Weiner (#19463)
Law Office of Courtney Weiner
PLLC 1629 K Street NW, Suite 300
Washington, DC 20006
T: 202-827-9980
cw@courtneyweinerlaw.com

Thomas A. Pacheco (Bar No. 21639)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
900 W Morgan Street
Raleigh, NC 27603
Tel: (212) 946-9305
tpacheco@milberg.com

David K. Lietz (admitted *pro hac vice*)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Tel: 202-744-1795
dlietz@milberg.com

*Counsel for Plaintiffs and the Proposed Settlement Class*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that she filed the foregoing document using the Court's CM/ECF system, which shall provide notice of same to all counsel of record.

Dated:  June 26, 2023 /s/ *Courtney L. Weiner*
Courtney L. Weiner